US DISTRICT COURT
WESTERN DISTRICT OF NC

RABBI DEAN ALTON HOLCOMB,

VS.

LT. MCCALL
IN HIS OFFICIAL & INDV. CAPACITY
DEPUTY STAUPE
IN HER OFFICIAL & INDV. CAPACITY
TRANSYLVANIA COUNTY DETENTION CENTER

FILED
ASHEVILLE, NC
SEP 12 2025
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

JURY TRIAL
DEMANDED

I AM CONSTANTLY THWARTED RE: LEGAL RESEARCH OH KIOSK REQUESTS FOR 42USC1983 FORMS IGNORED, ON REVERSE OF THIS SUIT IS EXHIBIT 1 I ASKED FOR ALL CRIMINAL & CIVIL CAWS REGARDING THE LABELING OF KOSHER FASELY I'VE ALSO ASKED FOR A RABBI TO REVIEW TCDC REFUSED! I'VE ASKED FOR FEDERAL DETENTION STANDARDS RE: KOSHER MEALS REFUSED I'VE REQUESTED MCCALL CHECK PAPER RABBI DEAN ALTON HOLCOMB V. GCDC & MAJOR MARSHALL STOWERS NO REPLY I'VE REQUESTED THEY CALL GREENVILLE SC DETENTION CENTER RE ME AND KOSHER SETTLEMENT R/O REPLY.

I SEEK $1,000,000 EACH FROM MCCALL & STRAUPE (SP?) $$10,000,000 FROM TCDC FOR VIOLATIONS OF MY RIGHTS TO ACCESS THE COURTS AND LEGAL RESEARCH PER FEDERAL & STATE DETENTION STANDARDS & LAWS.

RESPECTFULLY,
RABBI DEAN ALTON HOLCOMB
SEPT 9, 2025 AT
DISCIPLINARY CELL
TCDC BREVAR NC 28712